CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
4/16/19
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

**SEALED**

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 5:18-mj-00071
1118 Stagecoach Road )
Woodstock, VA 22664 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the       **Western**       District of       **Virginia**
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A of Affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B of Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before   December 20, 2018   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to          Joel C. Hoppe          .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   12/6/18 at 6:55pm         *[signature]*
                                                   Judge's signature

City and state:    Charlottesville, VA             Joel C. Hoppe, United States Magistrate Judge
                                                   *Printed name and title*

Issued by reliable electronic means.

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:18-mj-00071 | 12/7/18  0615 | John BarB & Mandy BarB |

Inventory made in the presence of: John BarB & Mandy BarB

Inventory of the property taken and name(s) of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/7/18

*Executing officer's signature*

Christian Bockmann    SA
*Printed name and title*

Received in chambers by reliable electronic means on April 15, 2019.

USMJ

# EVIDENCE LOG

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms & Explosives

DATE: 1-07-18  START/END TIME: 0600  ADDRESS: 1118 Stagecoach Rd., Woodstock, VA  PAGE ___ of ___

CASE NUMBER: _____  LOG PREPARED BY: SA Seth Cox  PHOTOGRAPHY BY: SA Zach Mikkelson

| ITEM No. | ITEM DESCRIPTION | LOCATION FOUND | LOCATED BY | PHOTO X-REF #s | NFORCE ITEM No. | CATS ID No. |
|---|---|---|---|---|---|---|
| 1 | Methamphetamine & paraphernalia | Master Bedroom in men's jeans | SA Cox | | | |
| 2 | Small plastic containers bag containing white powder | Cottage living room | SA Cox | | | |
| 3 | Plastic bag containing white shard powder | Harlow Person removed from bra | SA Lettney | | | |
| 4 | Digital Scale | Cottage living Room | SA Cox | | | |
| 5 | Bag containing white powder and black residue | Cottage living room in black bag | SA Cox | | | |
| 6 | Assorted debit cards | Cottage living room - Harlow purse | SA Cox | | | |
| 7 | Jail letters to Susan Wood | cottage master bedroom | SA Cox | | | |

Case 5:18-mj-00071-JCH   Document 5   Filed 04/16/19   Page 3 of 3   Pageid#: 28